**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: N.A., A MINOR | : | No. 100 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: E.A., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: N.A.A., A MINOR | : | No. 101 EAL 2023 |
| | : | |
| | : | |
| | : | |
| PETITION OF: E.A., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.